72

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

FEB 23  9 23 AM '01

CLERK
BY _____ LB
DEPUTY CLERK

GUN OWNERS OF VERMONT, et al.   )
                                )
V.                              )   Civil Docket No. 1:99-cv-251
                                )
KEVIN MCLAUGHLIN, et al.        )
_____)

STATUS REPORT

NOW COME Plaintiffs, by and through their attorneys, The Law Office of Cindy Ellen Hill, and do hereby report to this Honorable Court the status of the attempt to settle the above captioned matter.

Plaintiffs' counsel has succeeded in obtaining releases to settle this matter from nine of the ten plaintiffs.

Plaintiffs' counsel has received from the tenth plaintiff verbal assent to settlement.

The tenth plaintiff has not yet signed the release to settle the matter, despite several attempts by members of Plaintiff counsel's firm.

Plaintiffs' counsel believe the tenth plaintiff's recalcitrance may be related to his medical condition. The tenth plaintiff is currently undergoing chemo-therapy treatment for cancer.

Plaintiffs' counsel is continuing to attempt to obtain a commitment by the tenth plaintiff of his intentions with regard to settlement.

Plaintiffs' counsel has notified both the tenth plaintiff and Douglas D. LeBrun, counsel for Sheriff McLaughlin, that we intend to move to withdraw from the case as plaintiffs' counsel, in ten days from the January 5 discovery schedule due-date, if either the tenth plaintiff fails to communicate his intentions or if he decides to pursue the matter.

Defense counsel has agreed to this process.

DATED this 5th day of February, 2001, at Middlebury, Vermont.

|  |  |
|---|---|
| *[signature]* | Respectfully Submitted, *[signature]* |
| Jonathan C. Heppell, Esq. | Douglas D. LeBrun, Esq. |
| Fed. Bar ID No. 000560412 | Fed. Bar ID No. |
| for the Firm, | for the Firm, |
| Law Office of Cindy Ellen Hill | Dinse, Knapp, & McAndrew, PC |
| Counsel for the Plaintiffs | Counsel for Defendant McLaughlin and Chittenden County Sheriff's Department |
| PO Box 88 | PO Box 988 |
| Middlebury, VT 05753 | Burlington, VT 05402 |